THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
PIO S. KIM
California Bar No. 156679
Special Assistant United States Attorney
United States Attorney's Office
Asset Forfeiture Section
    U.S. Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2589
    Facsimile:  (213) 894-7177
    Email:      Pio.Kim@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CV 07-6914-■R (JTLx) |
|---|---|
| Plaintiff, | ) |
| v. | ) CONSENT JUDGMENT |
| $27,003.08 IN U.S. CURRENCY, | ) |
| Defendant. | ) |

On October 24, 2007, the government filed its Civil Complaint for Forfeiture in this action, alleging that the defendant $27,003.08 was subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A)&(C) and 18 U.S.C. § 984. In this action, the government alleges that the defendant constitutes or is derived from proceeds traceable to one or more violations of 18 U.S.C. § 501 (forged or counterfeit postage stamps, postage meter stamps and postal cards), 18 U.S.C. § 1341 (mail fraud) and 18

U.S.C. § 1343 (wire fraud); and is property which was involved in one or more transactions or attempted transactions in violation of 18 U.S.C. §§ 1956 and/or 1957 (money laundering), or is property traceable to such property.  The prospective claimant Derrick Ho ("Ho") contests forfeiture of the defendant $27,003.08.

The parties have agreed to settle this forfeiture action and to avoid further litigation by entering into this consent judgment.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2. The Complaint for Forfeiture states claims for relief pursuant to 18 U.S.C. § 981(a)(1)(A)&(C) and 18 U.S.C. § 984.

3. Notice of this action has been given as required by law. No appearance has been made in this action by any claimant. The Court deems that all potential claimants other than Ho admit the allegations of the Complaint for Forfeiture to be true, and hereby enters default against all other potential claimants.

4. $17,003.08 of the defendant $27,003.08 and any interest accrued on the defendant $27,003.08 shall be forfeited to the United States, which shall dispose of the same according to law.

5. The government shall apply the remaining $10,000 toward satisfaction of the $30,000 criminal fine imposed against Ho in <u>United States v. Ho</u>, SA CR 07-108-AG.

6. Ho hereby releases the United States of America, the

State of California, all counties, municipalities and cities within the State of California, and any of foregoing's agencies, departments, offices, agents, employees and officers, including, but not limited to, the United States Attorney's Office, the United States Postal Inspection Service, and any of foregoing's employees and agents, from any and all, known or unknown, claims, causes of action, rights, and liabilities, including, without limitation, any claim for attorney's fees, costs, or interest which may be now or later asserted by or on behalf of the claimant, arising out of or related to this action or to the seizure or possession of the defendant. Ho represents and agrees that he has not assigned and is the rightful owner of such claims, causes of action and rights.

7. The parties agree to this consent judgment for the sole purpose of settling this action. Therefore, the judgment affects this action only and should not be construed or interpreted in any way to have any *res judicata*, collateral estoppel, claim preclusion, issue preclusion or estoppel effect on any other action or proceeding.

/ / /

1  8. The Court finds that there was reasonable cause for the
2 seizure of the defendant and institution of these proceedings.
3 This judgment shall be construed as a certificate of reasonable
4 cause pursuant to 28 U.S.C. § 2465.
5  9. The parties shall each bear their own attorney's fees
6 and other costs and expenses of litigation.
7 DATED: June 10, 2008
                                    _____
                                    UNITED STATES DISTRICT JUDGE
8
9                              CONSENT
10     The parties consent to judgment and waive any right of
11 appeal.
12 DATED: June 9, 2008          THOMAS P. O'BRIEN
                                 United States Attorney
13                               CHRISTINE C. EWELL
                                 Assistant United States Attorney
14                               Chief, Criminal Division
                                 STEVEN R. WELK
15                               Assistant United States Attorney
                                 Chief, Asset Forfeiture Section
16
                                 _____
17                               PIO S. KIM
                                 Assistant United States Attorney
18
                                 Attorneys for Plaintiff
19                               UNITED STATES OF AMERICA

20 DATED: May 30, 2008           _____
21                               DERRICK HO
                                 Prospective Claimant
22
23     Approved as to form and content.
24 DATED: June 3, 2008           _____
25                               JOHN D. EARLY
                                 Attorney for prospective claimant
26                               Derrick Ho
27
28

4

## PROOF OF SERVICE

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On, June 9, 2008, I served a CONSENT JUDGMENT on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO: John D. Early, Esq.
Law Offices of John D. Early
15333 Culver City Drive, #340-141
Irvine, CA 92604

X I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

__ Via Hand Delivery

__ Via Fax

__ Via Certified Mail

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: June 9, 2008 at Los Angeles, California.

Genevieve Campos

# Notices

2:07-cv-06914-R-JTL United States of America v. $27,003.08 in U.S. Currency (JTLx), DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Kim, Pio on 6/9/2008 at 4:53 PM PDT and filed on 6/9/2008
**Case Name:** United States of America v. $27,003.08 in U.S. Currency
**Case Number:** 2:07-cv-6914
**Filer:** United States of America
**Document Number:** 8

**Docket Text:**
NOTICE OF LODGING filed re Complaint - (Discovery)[1] (Attachments: # (1) Proposed Order CONSENT JUDGMENT)(Kim, Pio)


**2:07-cv-6914 Notice has been electronically mailed to:**

Pio S Kim    USACAC.Criminal@usdoj.gov, pio.kim@usdoj.gov

**2:07-cv-6914 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\gcampos\ECF\CAC LA 0706914 20080609 PK NOTICE OF LODGING CONSENT JUDGMENT.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/9/2008] [FileNumber=5986750-0]
[7fc00db6b15f01a168da0142e1944ba49166e6da7d306c3f6fce88bfb5c3b2395c2a9
6137edc4da3ab57a179aab94d2cfb0321ede6f669027f028955f9489dd5]]
**Document description:** Proposed Order CONSENT JUDGMENT
**Original filename:** N:\gcampos\ECF\CAC LA 0706914 20080609 PK CONSENT JUDGMENT.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/9/2008] [FileNumber=5986750-1]
[c2bda1e6ca5c9d3f33b8cdae13c6a521d8e774e331e581338deba1aaf44b0f04078d8
b23e3b8a8ed544e99b49a4691c564c4cbd242ec931f9312862249527 31b]]